MARY DAVIES, as Administratrix, etc., Appellant, *v.* PELHAM HOD ELEVATING COMPANY, Respondent.

(Argued April 8, 1895; decided April 23, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 12, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit dismissing the complaint.

---

*Reported below, 82 Hun, 232.

*I. Newton Williams* for appellant.

*George S. Coleman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.